United States District Court
Southern District of Texas
ENTERED

OCT - 8 2010

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CRIMINAL NO. **B-10-495** |
| **Juan Carlos Loredo** | § | |

## ORDER

BE IT REMEMBERED on this 6 day of October, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **June 04, 2010**, wherein the defendant **Juan Carlos Loredo** waived appearance before this Court and appeared before the United States Magistrate Judge **Ronald G. Morgan** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Juan Carlos Loredo** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Juan Carlos Loredo guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1).**

SIGNED this the 8 day of October, 2010.

Hilda G. Tagle
United States District Judge